UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YOLIE PEREZ,

    Plaintiff

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

Case No.: 2:18-cv-02010-APG-NJK

**Order Accepting Report and Recommendation**

[ECF No. 8]

On December 3, 2017, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff Yolie Perez did not file a second amended complaint as directed. ECF No. 8. Perez did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). I nevertheless conducted a de novo review. 28 U.S.C. § 636(b)(1).

IT IS THEREFORE ORDERED that Magistrate Judge Koppe's report and recommendation **(ECF No. 8) is accepted** and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 26th day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE